W. H. STIVERS, Appellee, v. E. L. CARMICHAEL, Appellant.

Corporations: LIABILITIES OF STOCKHOLDERS.

*Appeal from Tama District Court.*—HON. G. M. GILCHRIST, Judge.

TUESDAY, OCTOBER 20, 1891.

,ACTION against an incorporator and stockholder of a corporation to recover for a debt contracted by the corporation, on the ground that the provisions of the statute relating to the organization of corporations, and notice thereof, were not complied with. There was a judgment for the plaintiff, from which the defendant appeals.—*Affirmed.*

*Struble & Stiger*, for appellant.

*W. H. Stivers*, pro se.

BECK, C. J.—The facts of this case are like those involved in *Heuer v. Carmichael*, 82 Iowa, 288, and the principles of law arising in the two cases are identical. This is admitted by counsel for the defendant, and it is conceded that the conclusions in that case are decisive in this. The decision of the district court in this case is AFFIRMED.